UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CRAIG YATES,<br><br>　　　　　Plaintiff,<br>　v.<br>FAIRVIEW MARKET INC,<br><br>　　　　　Defendants.<br>_____/ | No. C 12-03459 LB<br><br>**ORDER (1) DISCHARGING THE ORDER TO SHOW CAUSE AND (2) SETTING A CASE MANAGEMENT CONFERENCE FOR OCTOBER 31, 2013** |

Plaintiff filed a complaint against Defendants on July 2, 2012. Complaint, ECF No. 1. Since then, the case came to a standstill. Thus, on September 16, 2013, the court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute and why Defendant Sherwin Chew should not be dismissed for failure to effect service. 9/16/2013 Order, ECF No. 12. On September 25, 2013, Plaintiff notified the court that this action settled and that dismissal papers would be filed no later than October 15, 2013. Notice, ECF No. 13.

In light of the notice of the settlement, the court **DISCHARGES** the September 16, 2013 order to show cause and **SETS** a case management conference for 11:00 a.m. on October 31, 2013. If the parties file a stipulation of dismissal by October 15, 2013 as Plaintiff says they will, the case management conference will be vacated.

**IT IS SO ORDERED.**

Dated: September 25, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 12-03459 LB
ORDER